IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERICK SMITH                                                                                    PLAINTIFF

v.                                    CASE NO. 3:23-CV-00144-BSM

BLYTHEVILLE SCHOOL DISTRICT                                                DEFENDANT

## JUDGMENT

Consistent with the orders entered on March 18, 2025 [Doc. No. 29] and today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE